**DISMISS and Opinion Filed June 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00282-CV

### LAS COLONITAS CONDOMINIUM ASSOCIATION, INC., Appellant
### V.
### FORTUNE EZEOHA, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01439**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant has informed the Court that the parties have settled their differences. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

|  | /Carolyn Wright/ |
|---|---|
| 140282F.P05 | CAROLYN WRIGHT |
|  | CHIEF JUSTICE |



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAS COLONITAS CONDOMINIUM
ASSOCIATION, INC., Appellant

No. 05-14-00282-CV          V.

FORTUNE EZEOHA, Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-01439.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.


Judgment entered June 30, 2014